First National Bank of Chicago, as Trustee under Will
of Kate E. Herbert, Appellee, v. Betty Gerretsen
Herbert, and August K. Herbert, Defendants.
Appeal of Betty Gerretsen Herbert, Appellant.

Gen. No. 46,768. (Abstract of Decision.)

First District, First Division.

April 2, 1956.

Rehearing denied April 16, 1956.

Released for publication April 30, 1956.

Hennessy, Lennon & King, for defendant-appellant;
George W. Lennon, and John L. Denniston, of counsel; Fiedler and
Amberg, for appellee, August K. Herbert; Thomas Amberg, and
Daniel R. LaBar, of counsel. Opinion by JUDGE NIEMEYER.
**Not to be published in full.**